No. 336.   SPIKES v. STREET & SMITH PUBLICATIONS, INC.   October 13, 1941.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.

654

*Mr. Mark McMahon* for petitioner. *Mr. Neil P. Cullom* for respondent.